**Order entered May 6, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00734-CV

### CHARLES RILEY CONSTANT, Appellant

### V.

### GEORGE GILLESPIE, PETER HENRICKSON, AND IRA SHAPIRO, TRUSTEE, IRA SHAPIRO FAMILY (2012), Appellees

### and

### IN RE GEORGE GILLESPIE, PETER HENRICKSON, AND IRA SHAPIRO, TRUSTEE, IRA SHAPIRO FAMILY TRUST (2012), Relators

**On Appeal and Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09846**

### ORDER
Before Justices Myers, Osborne, and Carlyle

Based on the Court's opinion of this date in this consolidated original

proceeding and interlocutory appeal, we **DENY** relators' petition for writ of

mandamus, and we **DENY** relators' request for an abatement of all trial court proceedings and proceedings in the interlocutory appeal.


/s/    LESLIE OSBORNE
         JUSTICE